

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2025

No. 04-24-00743-CV

Bryan Imari **DIAS**,
Appellant

v.

Hannah **GRIZZLE**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-21504
Honorable Benjamin Robertson, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. FAM. CODE § 105.001(e); *In re K.K.M.*, No. 04-12-00677-CV, 2013 WL 820585, at * 1 (Tex. App.—San Antonio Mar. 6, 2013, no pet.).

It is so **ORDERED** on January 8, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk